# United States Court of Appeals
## For the Eighth Circuit

_____

No. 16-4218
_____

Arkansas Warehouse, Inc.

*Plaintiff - Appellant*

v.

Saint-Gobain Ceramics & Plastics, Inc.

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Arkansas - Ft. Smith

_____

Submitted: June 12, 2017
Filed: June 15, 2017
[Unpublished]

_____

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

In this diversity action for unjust enrichment, Arkansas Warehouse, Inc. appeals the district court's[1] grant of for summary judgment to defendant-appellee Saint-Gobain Ceramics & Plastics, Inc.

After careful *de novo* review, *see Johnson v. Blaukat*, 453 F.3d 1108, 1112 (8th Cir. 2006), we conclude that the district court's disposition of the cross-motions for summary judgment was appropriate for the reasons stated its opinion and order. Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

---

[1]The Honorable P.K. Holmes, III, Chief Judge, United States District Court for the Western District of Arkansas.